# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0895
LT Case No. 2009-001039-CFAWS

———————————————

TERRY BRADLEY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

3.801 Appeal from the Circuit Court for Volusia County.
Kathleen McNeilly, Judge.

Terry Bradley, Lowell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Robin A. Compton, Assistant Attorney General, Daytona Beach, for Appellee.

October 7, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____